AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |  |
|---|---|---|
| James M.  Smith, II | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.     5:13-cv-1617-TLW |
| Major Bryant, Southern Health Partner, Nurse Mrs. Lopez | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■    other: This case is dismissed with prejudice for failure to prosecute.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Chief Judge Terry L. Wooten, United States District Judge who adopts the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:    November 19, 2013                        *CLERK OF COURT*

                                                        s/Debbie Stokes
                                        _____
                                            *Signature of Clerk or Deputy Clerk*